# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-503
_____

DAVID LEE MOORE, JR.,

    Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 2, 2018

PER CURIAM.

    DENIED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Lee Moore, Jr., pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Sheron Wells, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.